# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| EUREKA BRYANT,                    )<br>    Plaintiff,                     )<br>                                   )<br>v.                                 )<br>                                   )<br>ANDREW M. SAUL,                    )<br>*Commissioner of Social Security*,)<br>    Defendant.                     ) | CIVIL ACTION NO. 2:19-00560-N |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff Eureka Bryant and against the Defendant Commissioner of Social Security, in accordance with the Memorandum Opinion and Order entered on this date reversing the Commissioner's final decision denying Bryant's applications for Social Security benefits and remanding for further proceedings under sentence four of 42 U.S.C. § 405(g).

**DONE** this the 29th day of March 2021.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**